COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

FILED

07 DEC -4 PM 4:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

JENS ERIK SORENSEN, as TRUSTEE OF SORENSEN RESEARCH and DEVELOPMENT TRUST

V.

ESSEPLAST (USA) NC, Inc., a Delaware Corporation, and DOES 1-10

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

'07 CV 2277 JAH (BLM)

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Melody A. Kramer
Kramer Law Office, Inc.
9930 Mesa Rim Road, Suite 1600
San Diego, CA 92121

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

CLERK

12/04/07

DATE

J. HINGE

SEAL

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com