ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

JENS ERIK SORENSEN, as TRUSTEE OF SORENSEN RESEARCH and DEVELOPMENT TRUST

V.

ESSEPLAST (USA) NC, Inc., a Delaware Corporation, and DOES 1-10

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

'07 CV 2277 JAH (BLM)

TO: (Name and address of Defendant)

Esseplast (USA) NC, Inc
c/o Registered Agent of Service
CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Melody A. Kramer
Kramer Law Office, Inc.
9930 Mesa Rim Road, Suite 1600
San Diego, CA 92121

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR

CLERK

DATE 12/04/07

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/13/2007 |
| NAME OF SERVER *(PRINT)* Melody A. Kramer | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

Mailed via Certified Mail. Address where mailed: Esseplast (USA) NC, Inc. 225 Hillsborough Street, Raleigh, NC 27603

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $6.28 | $6.28 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/13/2007
Date

*Signature of Server*

9930 Mesa Rim Rd., Suite 1600

San Diego, CA 92121

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com