7003 3110 0003 3011 8775

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
RALEIGH NC 27603

| | | |
|---|---|---|
| Postage | $ $1.48 | SAN DIEGO CA 92121 USPS DEC 13 2007 Postmark Here 12/13/2007 |
| Certified Fee | $2.65 | |
| Return Reciept Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.28 | |

Sent To CT Corporation System (Esseplast (USA) NC, Inc.)
Street, Apt. No.; or PO Box No. 225 Hillsborough Street
City, State, ZIP+4 Raleigh, NC 27603

PS Form 3800, June 2002 See Reverse for Instructions

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Esseplast (USA) NC, Inc.
CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

4a. Article Number
7003 3110 0003 3011 8775

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery DEC 17 2007

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*
X Holly Frost

PS Form **3811**, December 1994 102595-98-B-0229 Domestic Return Receipt

Thank you for using Return Receipt Service.