UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ESSEPLAST (USA) NC, INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 07-cv-2277-JAH BLM<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT ESSEPLAST (USA) NC, INC. TO ANSWER OR OTHERWISE RESPOND**

Defendant Esseplast (USA) NC, Inc. ("Esseplast") and Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust, file this Joint Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement.

Esseplast has requested, and Plaintiff has agreed to, an extension of Esseplast's date to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement up to and including January 28, 2008.

//////

//////

//////

//////

//////

//////

//////

//////

WHEREFORE, PREMISES CONSIDERED, the parties pray that the Court enter an order extending the time for Esseplast to answer, plead, or otherwise respond to Plaintiff's Complaint for Patent Infringement in the above styled and numbered cause to January 28, 2008, and for such other and further relief as to which it may show itself justly entitled.

Dated: January 14, 2008

By /s/ Alan A. Limbach

ALAN A. LIMBACH
M. ELIZABETH DAY
ERIK R. FUEHRER
DLA PIPER US LLP
Attorneys for Defendant
ESSEPLAST (USA) NC, INC.

Dated: January 14, 2008

By /s/ Melody A. Kramer

MELODY A. KRAMER, ESQ.
J. MICHAEL KALER, ESQ.
Attorneys for Plaintiff
JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND
DEVELOPMENT TRUST

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 14th day of January, 2007, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rules, Civil Rule 5.4(c). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ Alan A. Limbach
Alan A. Limbach