UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ESSEPLAST (USA) NC, INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 07-cv-2277-BTM-CAB<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR ESSEPLAST (USA) NC, INC. TO ANSWER OR OTHERWISE RESPOND**

Before the Court is the parties' Joint Motion for an Extension of Time for Esseplast (USA) NC, Inc. to answer, plead, or otherwise respond to Plaintiff's Complaint for Patent Infringement in this case. The parties have agreed to the extension, and the Court is of the opinion that said motion should be granted.

It is therefore ORDERED that the Joint Motion for an Extension of Time is GRANTED. Defendant Esseplast will have through January 28, 2008 to answer, plead, or otherwise respond to Plaintiff's Complaint for Patent Infringement.

Dated: January 16, 2008

Hon. Barry Ted Moskowitz