ALAN A. LIMBACH (Bar No. 173059)
alan.limbach@dlapiper.com
ELIZABETH DAY (Bar No. 177125)
elizabeth.day@dlapiper.com
GREGORY J. LUNDELL (Bar No. 234941)
greg.lundell@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
ESSEPLAST USA (NC) INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff and Counter Defendant,<br><br>v.<br><br>ESSEPLAST USA (NC) INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants and Counterclaimant. | Case No. 07-cv-2277 BTM (CAB)<br><br>**NOTICE OF APPEARANCE OF GREGORY J. LUNDELL** |

PLEASE TAKE NOTICE that Gregory J. Lundell of **DLA PIPER US LLP** hereby enters an appearance as counsel for defendant and counterclaimant ESSEPLAST USA (NC) INC. and requests to be added to the service list.

Dated: January 28, 2008

DLA PIPER US LLP

By /s/ Gregory J. Lundell
GREGORY J. LUNDELL
Attorneys for Defendant and Counterclaimant
ESSEPLAST USA (NC) INC.