ALAN A. LIMBACH (Bar No. 173059)
alan.limbach@dlapiper.com
ELIZABETH DAY (Bar No. 177125)
elizabeth.day@dlapiper.com
GREGORY J. LUNDELL (Bar No. 234941)
greg.lundell@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
ESSEPLAST USA (NC), INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

Plaintiff,

v.

ESSEPLAST (USA) NC, INC.,

Defendant.

CV NO. 07-cv-2277 BTM (CAB)

**NOTICE OF MOTION AND DEFENDANT ESSEPLAST'S MOTION TO STAY THE LITIGATION PENDING REEXAMINATION OF U.S. PATENT NO. 4,935,184**

**Date: March 14, 2008**
**Time: 11 a.m.**
**Courtroom 15, Fifth Floor**
**Hon. Barry Ted Moskowitz**

NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT

NOTICE IS HEREBY GIVEN that on March 14, 2008 at 11:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled Court, located at 940 Front Street, San Diego, CA 92101-8900, the Defendant in this action, Esseplast USA (NC), Inc. ("Esseplast"), will and hereby do respectfully move to stay the above-captioned proceeding pending the United States Patent and Trademark Office's ("PTO") reexamination of the sole patent asserted in this case, United States Patent No. 4,935,184 ("the '184 patent").

A stay of the present litigation is particularly warranted given the current state of this case. No trial date has been set. The parties have not begun fact or expert discovery. The Court has

not conducted a *Markman* hearing or construed the terms of the ’184 patent. In fact, the only actions taken thus far by the parties in addition to this motion are Plaintiff Jens Erik Sorensen, as Trustee of the Sorensen Research and Development Trust’s (“Sorensen”) filing of the Complaint for infringement and Esseplast’s filing of its Answer and Counterclaims.

Therefore, a stay will conserve the resources of both the Court and the parties, and will also provide the benefit of simplifying (if not eliminating) the issues for trial. Given that the ’184 patent will be expiring in approximately one week and the parties have not begun discovery, Sorensen would not be prejudiced in any way by entry of an order staying the present litigation pending the PTO’s reexamination of the ’184 patent.

For the reasons set forth in greater detail in the supporting memorandum and related pleadings submitted herewith, Esseplast respectfully requests that the Court order this case stayed pending completion of the PTO’s ongoing reexamination of the ’184 patent.

Dated: January 28, 2008

DLA PIPER US LLP

By /s/ Alan Limbach
ALAN LIMBACH
ELIZABETH DAY
GREGORY LUNDELL
Attorneys for Defendant
ESSEPLAST (USA) NC, INC.

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Gregory J. Lundell
Attorney for Defendant Esseplast

**PROOF OF SERVICE**

I hereby certify that on January 28, 2008, I caused the foregoing DEFENDANT ESSEPLAST'S NOTICE OF MOTION TO STAY LITIGATION PENDING REEXAMINATION OF U.S. PATENT NO. 4,935,184 to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

*Attorneys for Plaintiff*

J. Michael Kaler (158296)
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, CA 92121
Phone: (858) 362-3151
Fax: (858) 824-9073
michael@kalerlaw.com

Melody A. Kramer (169984)
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, CA 92121
Phone: (858) 362-3150
Fax: (858) 824-9073
mak@kramerlawip.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Gregory J. Lundell
Attorneys for Esseplast USA (NC), Inc.