ALAN A. LIMBACH (Bar No. 173059)
alan.limbach@dlapiper.com
ELIZABETH DAY (Bar No. 177125)
elizabeth.day@dlapiper.com
GREGORY J. LUNDELL (Bar No. 234941)
greg.lundell@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
ESSEPLAST USA (NC), INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff and Counter Defendant,<br><br>v.<br><br>ESSEPLAST USA (NC), INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants and Counterclaimant. | CV NO. 07-cv-2277 BTM (CAB)<br><br>**DECLARATION OF GREGORY J. LUNDELL IN SUPPORT OF DEFENDANT ESSEPLAST'S MOTION TO STAY THE LITIGATION PENDING REEXAMINATION OF U.S. PATENT NO. 4,935,184**<br><br>**Date: March 14, 2008**<br>**Time: 11 a.m.**<br>**Courtroom 15, Fifth Floor**<br>**Hon. Barry Ted Moskowitz**<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

I, Gregory J. Lundell, hereby declare as follows:

1. I am an attorney with the law firm of DLA Piper US LLP, attorneys of record for Esseplast USA (NC), Inc. ("Esseplast"). I am licensed to practice law in the state of California and am admitted to appear before this Court. The matters contained in this Declaration are of my personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached as Exhibit A is a true and correct copy the July 30, 2007 United States Patent and Trademark Office Order Granting Request For *Ex Parte* Reexamination of U.S. Patent No. 4,935,184.

3. Attached as Exhibit B is a true and correct copy of *Jens Erik Sorensen v. The Black & Decker Corp., et al.*, Case No. 06cv1572 (S.D. Cal. Sept. 10, 2006), Order (1) Denying Plaintiff's Motion For Reconsideration Of Denial Of Objections To Magistrate Judge's Order of April 9, 2007; (2) Granting Defendants' Motion For Reconsideration Of The Court's June 20, 2007 Order Re Bifurcation; (3) Granting In Part and Denying In Part Defendant's Motion to Stay; and (4) Denying Plaintiff's Motion For Partial Summary Judgment As Premature.

4. Attached as Exhibit C is a true and correct copy of *Jens Erik Sorensen v. Digital Networks North America, Inc. et al*, Case No. 07-05568 (N.D. Cal Jan. 16, 2008), Order Granting Defendant's Motion To Stay Proceedings Pending Reexamination Of Patent-In-Suit.

5. Attached as Exhibit D is a true and correct excerpt from *Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust v. Giant International (USA) Ltd.*, Case No. 07-cv-02121, Opposition To Defendant's Motion to Stay Pending Outcome of Reexamination Proceedings, describing the second request for reexamination of U.S. Patent No. 4,935,184, Application No. 90/008,976.

6. Attached as Exhibit E is a true and correct copy of the December 21, 2007 Information Disclosure Statement in the reexamination of Application No. 09/008,976.

7. Attached as Exhibit F is a true and correct copy of Information Disclosure Statement in the reexamination of Application No. 09/008,775.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. Attached as Exhibit G is a true and correct excerpt of the July 30, 2007 Request For *Ex Parte* Reexamination Transmittal Form for Application No. 09/008,775.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on this 28th day of January, 2008 at East Palo Alto, California.

/s/ Gregory J. Lundell
Gregory J. Lundell
DLA PIPER US LLP

**Exhibit -- Page Index**

| Exhibit No. | Begins at Page |
|---|---|
| A | 1 |
| B | 21 |
| C | 26 |
| D | 38 |
| E | 42 |
| F | 45 |
| G | 48 |

**PROOF OF SERVICE**

I hereby certify that on January 28, 2008, I caused the foregoing DECLARATION OF GREGORY J. LUNDELL IN SUPPORT OF DEFENDANT ESSEPLAST'S MOTION TO STAY LITIGATION PENDING REEXAMINATION OF U.S. PATENT NO. 4,935,184 to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

*Attorneys for Plaintiff*

J. Michael Kaler (158296)
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, CA 92121
Phone: (858) 362-3151
Fax: (858) 824-9073
michael@kalerlaw.com

Melody A. Kramer (169984)
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, CA 92121
Phone: (858) 362-3150
Fax: (858) 824-9073
mak@kramerlawip.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Gregory J. Lundell
Attorneys for Esseplast USA (NC), Inc.