ALAN A. LIMBACH (Bar No. 173059)
alan.limbach@dlapiper.com
ELIZABETH DAY (Bar No. 177125)
elizabeth.day@dlapiper.com
GREGORY J. LUNDELL (Bar No. 234941)
greg.lundell@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
ESSEPLAST USA (NC) INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

Plaintiff and
Counter Defendant,

v.

ESSEPLAST USA (NC) INC., a Delaware corporation, and DOES 1-10,

Defendants and
Counterclaimant.

Case No. 07-cv-2277 BTM (CAB)

**NOTICE OF APPEARANCE OF ALAN A. LIMBACH**

PLEASE TAKE NOTICE that Alan A. Limbach of **DLA PIPER US LLP** hereby enters an appearance as counsel for defendant and counterclaimant ESSEPLAST USA (NC) INC. and requests to be added to the service list.

Dated: January 29, 2008

DLA PIPER US LLP

By /s/ Alan A. Limbach
ALAN A. LIMBACH
Attorneys for Defendant and Counterclaimant
ESSEPLAST USA (NC) INC.

**PROOF OF SERVICE**

I hereby certify that on January 29, 2008, I caused the foregoing NOTICE OF APPEARANCE OF ALAN A. LIMBACH to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

*Attorneys for Plaintiff*

J. Michael Kaler (158296)
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, CA 92121
Phone: (858) 362-3151
Fax: (858) 824-9073
michael@kalerlaw.com

Melody A. Kramer (169984)
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, CA 92121
Phone: (858) 362-3150
Fax: (858) 824-9073
mak@kramerlawip.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Alan A. Limbach

ALAN A. LIMBACH
alan.limbach@dlapiper.com
Attorneys for Esseplast USA (NC) Inc.