**MINUTES OF THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **Sorensen v. Esseplast USA (NC) INC.** Case Number: **07cv2277-BTM (CAB)**

Hon. Cathy Ann Bencivengo Ct. Deputy L. Hernandez Rptr. Tape:

Magistrate Judge Bencivengo recuses from this case and requests that another Magistrate Judge be assigned.

Magistrate Judge Ruben B. Brooks is assigned.

Date: January 29, 2008

Initials: AET

cc: Honorable Barry Ted Moskowitz

All Counsel (chmb)