ALAN A. LIMBACH (Bar No. 173059)
alan.limbach@dlapiper.com
ELIZABETH DAY (Bar No. 177125)
elizabeth.day@dlapiper.com
GREGORY J. LUNDELL (Bar No. 234941)
greg.lundell@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
ESSEPLAST USA (NC) INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff and Counter Defendant,<br><br>v.<br><br>ESSEPLAST USA (NC) INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants and Counterclaimant. | Case No. 07-cv-2277 BTM (RBB)<br><br>**NOTICE OF APPEARANCE OF ELIZABETH DAY** |

PLEASE TAKE NOTICE that Elizabeth Day of **DLA PIPER US LLP** hereby enters an appearance as counsel for defendant and counterclaimant ESSEPLAST USA (NC) INC. and requests to be added to the service list.

Dated: February 8, 2008

DLA PIPER US LLP

By /s/ Elizabeth Day
ELIZABETH DAY
Attorneys for Defendant and Counterclaimant
ESSEPLAST USA (NC) INC.

**PROOF OF SERVICE**

I hereby certify that on February 8, 2008, I caused the foregoing NOTICE OF APPEARANCE OF ELIZABETH DAY to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

*Attorneys for Plaintiff*

J. Michael Kaler (158296)
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, CA 92121
Phone: (858) 362-3151
Fax: (858) 824-9073
michael@kalerlaw.com

Melody A. Kramer (169984)
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, CA 92121
Phone: (858) 362-3150
Fax: (858) 824-9073
mak@kramerlawip.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Elizabeth Day
ELIZABETH DAY
elizabeth.day @dlapiper.com
Attorneys for Esseplast USA (NC) Inc.