**MELODY A. KRAMER**, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

**J. MICHAEL KALER**, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

Attorneys for Plaintiff JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br>v.<br><br>ESSEPLAST (USA) NC, INC., a Delaware corporation, and DOES 1-100,<br><br>Defendants.<br>______________________________<br><br>and related counterclaims. | Case No. 07cv02277 BTM CAB<br><br>**COUNTER DEFENDANT'S REPLY TO COUNTERCLAIMS** |

//

//

Plaintiff/Counter defendant JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), for its Reply to Defendant/Counterclaimant ESSEPLAST USA (NC) INC's. COUNTERCLAIMS, replies as follows:

**COUNTERCLAIMS FOR DECLARATORY RELIEF**

1. Admit that Esseplast USA (NC) Inc. is purporting to state a claim for declaratory relief. Otherwise, denied.

2. Upon information and belief, admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit

8. Admit that Sorensen, by his complaint, has asserted infringement of the '184 patent by Esseplast, and, by its Answer, Esseplast has denied Sorensen's allegations. Admit the existence of a substantial and continuing justiciable controversy between Esseplast and Sorensen relating to Sorensen's allegations of infringement of the '184 patent by certain of Esseplast's products. The remainder of paragraph 8 is denied.

9. Sorensen incorporates by reference each and every response contained in paragraphs 1-8 herein as though fully set forth.

10. Deny.

11. Deny.

12. Sorensen incorporates by reference each and every response contained in paragraphs 1-11 herein as though fully set forth.

13. Deny.

14. Deny.

**WHEREFORE,** SRDT prays that judgment on Esseplast's Counterclaims be entered as follows:

a. For judgment in favor of SRDT and against Esseplast on all requested relief;

b. That this case is decreed an "exceptional case" and SRDT is awarded reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

c. For costs of suit herein incurred;

d. For such other and further relief as the Court may deem just and proper.

DATED this 14th day of February, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer

Melody A. Kramer, Esq.
J. Michael Kaler, Esq.
Attorneys for Plaintiff

## PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On February 14 2008, I served the following documents:

**COUNTER DEFENDANT'S REPLY TO COUNTERCLAIMS**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Alan A. Limbach<br>DLA Piper USA LLC<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>alan.limbach@dlapiper.com | Esseplast (USA) NC, Inc. | Email--Pleadings Filed with the Court via CM/ECF |
| Gregory J. Lundell<br>DLA Piper USA LLC<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>greg.lundell@dlapiper.com | Esseplast (USA) NC, Inc | Email--Pleadings Filed with the Court via CM/ECF |
| Elizabeth Day<br>DLA Piper USA LLC<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>elizabeth.day@dlapiper.com | Esseplast (USA) NC, Inc | Email--Pleadings Filed with the Court via CM/ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Thursday, February 14, 2008, in San Diego, California.

/s./ Melody A. Kramer

Melody A. Kramer