ALAN A. LIMBACH (Bar No. 173059)
alan.limbach@dlapiper.com
M. ELIZABETH DAY (Bar No. 177125)
elizabeth.day@dlapiper.com
GREGORY J. LUNDELL (Bar No. 234941)
greg.lundell@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
ESSEPLAST USA (NC) INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

Plaintiff and Counter Defendant,

v.

ESSEPLAST USA (NC) INC., a Delaware corporation, and DOES 1-10,

Defendants and Counterclaimant.

Case No. 07-cv-2277 BTM (RBB)

**DEFENDANT ESSEPLAST'S *EX PARTE* APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE PENDING COURT'S DETERMINATION ON ESSEPLAST'S MOTION TO STAY**

Date: TBD
Time: TBD
Magistrate Judge: Ruben B. Brooks
Room 1185

*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT*

Defendant Esseplast USA (NC) Inc. ("Esseplast") hereby makes this *ex parte* request to continue the Early Neutral Evaluation ("ENE") conference, currently scheduled for March 7, 2008, pending the Court's decision on Esseplast's motion to stay the litigation in light of the reexamination proceedings concerning United States Patent No. 4,935,184 ("the '184 patent").

The '184 patent is the only patent asserted in this case. Not only did this patent expire on February 5, 2008, but it also is currently under reexamination by the United States Patent and Trademark Office ("USPTO"). (Declaration of M. Elizabeth Day ("Day Decl."), ¶ 3.) If some or all of the '184 patent's claims are cancelled or amended during reexamination, Plaintiff's

///

allegations of infringement against Esseplast will be significantly changed, if not eliminated altogether.

Esseplast filed a motion to stay this action on January 28, 2008. (Day Decl., ¶ 3.) Plaintiff filed its opposition on February 21, 2008, and Esseplast's reply in support of its motion is due on March 7, 2008. (Day Decl., ¶ 4.) In the interests of efficiency and resource conservation, Esseplast respectfully requests that the ENE be taken off calendar until an order regarding Esseplast's motion to stay is issued. In light of the pending reexamination, Esseplast submits that it would be difficult for the parties to discuss the relevant claims and defenses in this case given that the existence and potential scope of any patent claims remains to be determined by the USPTO.

Prior to requesting this continuance, Esseplast contacted Plaintiff on February 19, 2008. Plaintiff has declined to stipulate to a continuance. (Day Decl., ¶ 5.) For the reasons set forth above, Esseplast respectfully submits that the ENE conference currently scheduled for March 7, 2008 is premature, and the Court should revisit whether to hold an ENE conference after a ruling on Esseplast's motion to stay.

Dated: February 22, 2008

DLA PIPER US LLP

By /s/ M. Elizabeth Day

ALAN LIMBACH
M. ELIZABETH DAY
GREGORY LUNDELL
Attorneys for Defendant
ESSEPLAST USA (NC) INC.