ALAN A. LIMBACH (Bar No. 173059)
alan.limbach@dlapiper.com
M. ELIZABETH DAY (Bar No. 177125)
elizabeth.day@dlapiper.com
GREGORY J. LUNDELL (Bar No. 234941)
greg.lundell@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
ESSEPLAST USA (NC) INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

Plaintiff and Counter Defendant,

v.

ESSEPLAST USA (NC) INC., a Delaware corporation, and DOES 1-10,

Defendants and Counterclaimant.

Case No. 07-cv-2277 BTM (RBB)

**DECLARATION OF M. ELIZABETH DAY IN SUPPORT OF ESSEPLAST'S *EX PARTE* APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**

Date: TBD
Time: TBD
Magistrate Judge: Ruben B. Brooks
Room 1185

*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT*

I, M. Elizabeth Day, do hereby declare as follows:

1. I am an attorney with the law firm of DLA Piper US LLP, attorneys of record for Esseplast USA (NC) INC. ("Esseplast"). I am licensed to practice law in the state of California. The matters contained in this declaration are of my personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. On February 12, 2008, the Court issued a Notice and Order setting the Early Neutral Evaluation conference on March 7, 2008.

///

///

3. On January 28, 2008, Esseplast filed a motion to stay this case until the United States Patent and Trademark Office completes its reexamination of United States Patent No. 4,935,184 (“the ’184 patent”).

4. Plaintiff filed its opposition to the motion to stay on February 21, 2008, and Esseplast’s reply is due on March 7, 2008.

5. On February 19, 2008, I contacted counsel for Plaintiff, Melody Kramer, via electronic mail regarding Esseplast’s request that the ENE conference be continued. I informed Ms. Kramer that if Plaintiff did not stipulate to a continuance, Esseplast would file an *ex parte* application. Later that day, I received an electronic response from Ms. Kramer stating that Plaintiff would not agree to postpone the ENE conference.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 22 day of February, 2008, at East Palo Alto, California.

/s/ M. Elizabeth Day
M. ELIZABETH DAY