UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff and Counter Defendant,<br><br>v.<br><br>ESSEPLAST USA (NC) INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants and Counterclaimant. | Case No. 07-cv-2277 BTM (RBB)<br><br>**ORDER GRANTING ESSEPLAST'S *EX PARTE* APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Date: TBD<br>Time: TBD<br>Magistrate Judge: Ruben B. Brooks<br>Room 1185<br><br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT* |

Before the Court is Defendant Esseplast USA (NC) Inc.'s ("Esseplast") *ex parte* application to continue the Early Neutral Evaluation conference currently scheduled for March 7, 2008, pending this Court's order regarding Esseplast's motion to stay the litigation. The Court, having read and considered the moving papers, and good cause appearing, makes the following order:

- Esseplast's *ex parte* application to continue the Early Neutral Evaluation conference is GRANTED.

///

///

- The Early Neutral Evaluation conference, currently scheduled for March 7, 2008, will be continued to May 22, 2008, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 26, 2008

UNITED STATES DISTRICT COURT JUDGE