# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN,

Plaintiff,

vs.

BLACK & DECKER, ET. AL.,

Defendant.

and related cases.

CASE NO. 06CV1572 BTM (CAB)
NO. 07CV2121
NO. 07CV2277
NO. 07CV2278
NO. 07CV2321

ORDER DENYING MOTION TO CONSOLIDATE

Given the stay pending patent reexamination issued in the above cases, the Court DENIES Plaintiff's motion to consolidate as premature.

IT IS SO ORDERED.

DATED: May 5, 2008

Honorable Barry Ted Moskowitz
United States District Judge