**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SORENSEN v. ESSEPLAST Case No. 07CV2277 BTM(RBB)

**Time Spent: _**

HON. RUBEN B. BROOKS CT. DEPUTY VICKY LEE Rptr. _

Attorneys

| Plaintiffs | Defendants |
| --- | --- |
| ________________ | ________________ |
| ________________ | ________________ |
| ________________ | ________________ |

PROCEEDINGS: ____ In Chambers ____ In Court ____ Telephonic

In light of Judge Moskowitz’s Order Granting Defendant’s Motion to Stay Pending Reexamination Proceedings [doc. no. 31], the early neutral evaluation conference set for May 22, 2008, at 2:00 p.m. is vacated.

DATE: May 6, 2008 IT IS SO ORDERED: Ruben Brooks

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Moskowitz
All Parties of Record

INITIALS: VL (mg/irc) Deputy

K:\COMMON\BROOKS\CASES\SORENSON2277\Minutes01.wpd