# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN,

Plaintiff,

vs.

BLACK & DECKER, ET. AL.,

Defendant.

and related cases.

CASE NO. 06CV1572 BTM (CAB)
NO. 08CV60
NO. 08CV70
NO. 07CV71
NO. 07CV2277
NO. 08CV308
NO. 08CV305
NO. 08CV231

ORDER SETTING ORAL ARGUMENT

Due to the Court's own schedule, the motion hearings set for August 8, 2008 at 11:00 a.m. in the above cases is continued. The Court shall hear oral argument on these motions on August 20, 2008 at 10:30 a.m. Any party who wishes to appear telephonically shall contact chambers at 619-557-5583 for further information.

IT IS SO ORDERED.

DATED: July 24, 2008

Honorable Barry Ted Moskowitz
United States District Judge