MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

Attorneys for Plaintiff JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br>v.<br><br>ESSEPLAST (USA) NC, INC., a Delaware corporation, and DOES 1-100,<br><br>Defendants.<br><br>and related counterclaims. | Case No. 07cv02277 BTM CAB<br><br>PROOF OF SERVICE OF [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR EXCEPTION TO STAY |

//

//

I, Zhenya Bjork, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Tuesday, August 26, 2008, I served the following documents:

# [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR EXCEPTION TO STAY

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Alan A. Limbach<br>Gregory J. Lundell<br>Elizabeth Day<br>Vincent S Lam<br>Erik R. Fuehrer<br>DLA Piper USA LLC<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>alan.limbach@dlapiper.com<br>greg.lundell@dlapiper.com<br>elizabeth.day@dlapiper.com<br>vincent.lam@dlapiper.com<br>erik.fuehrer@dlapiper.com | Esseplast (USA) NC, Inc. | Email |

[X] (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Tuesday, August 26, 2008, in San Diego, California.

/s/ Zhenya Bjork

Zhenya Bjork